**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Hazel Williamson                    CHAPTER 13

Debtor(s)

BKY. NO. 21-13079 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XII and index same on the master mailing list.

                                     Respectfully submitted,

                                       /s/ Rebecca Solarz
                                       Rebecca Solarz
                                       28 Jan 2022, 15:12:32, EST

                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322