UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Hazel Williamson<br><br><br>              Debtor | Chapter 13<br>Bankruptcy No.21-13079-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 24th day of March, 2022, by first class mail upon those listed below:

Hazel Williamson
1128 Tilghman St
Chester, PA  19013

**Electronically via CM/ECF System Only:**

SHAINA PRISCILLA BETHALA ESQUIRE
LEGAL AID OF SOUTHEASTERN PA
419 AVENUE OF THE STATES
SUITE 605
CHESTER, PA  19013

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee