# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|  | : |  |
|  | : | BANKRUPTCY NO.  NO. 21-13079AMC |
| vs. | : |  |
|  | : |  |
| Hazel Williamson, | : |  |
| Debtor | : |  |
|  | : |  |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Debtor Hazel Williamson has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have on**e. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on **May 25, 2022, at 11:00 A.M**, **in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, 2d Floor, Phila., PA  19107-2800**. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.**  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: April 14, 2022                    Respectfully submitted,


 /s/ Shaina P. Bethala
Shaina Priscilla Bethala, Esq.
Attorney ID: 327529
Legal Aid of Southeastern Pennsylvania
419 Avenue of the States, Suite 605
Chester, PA 19013
P. (484) 209-0854
F. (610) 874-4093
E. sbethala@lasp.org