# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: : | CHAPTER 13 |
| : | |
| : | BANKRUPTCY NO. NO. 21-13079AMC |
| vs. : | |
| : | |
| Hazel Williamson, : | |
| Debtor : | |
| _____ : | |

## CERTIFICATION OF SERVICE

I, Shaina P. Bethala, Esquire, counsel for the debtor, certify that on April 14, 2022, Debtor's Objection to the Proof Claim is being served electronically or by first class mail, as the case may be, on the following parties:

Scott F. Waterman
2901 St. Lawrence Ave
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Loren J. Morris, General Counsel,
Executive Vice President
Fay Servicing, LLC
425 S Financial Pl Ste 2000
Chicago, IL, 60605-1000

Valerie Smith
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Maria Tsagaris
U.S. Bank Trust National Association,
not in its individual capacity but solely
as a trustee of NRZ Pass-Through Trust XII
c/o McCalla Raymer Leibert Peirce, LLC
1544 Old Alabama Rd
Roswell, GA 30076

James R. Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406

/s/ Shaina P. Bethala
Shaina Priscilla Bethala, Esq.
Attorney ID: 327529
Legal Aid of Southeastern Pennsylvania
419 Avenue of the States, Suite 605
Chester, PA 19013
P. (484) 209-0854
F. (610) 874-4093
E. sbethala@lasp.org