**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
|  | : |  |
| vs. | : | **BANKRUPTCY NO.  NO. 21-13079AMC** |
|  | : |  |
| **Hazel Williamson,** | : |  |
| **Debtor** | : |  |
| _____ | : |  |

**PRAECIPE TO WITHDRAW**
**DEBTOR'S OBJECTION TO CLAIM #26**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw from the docket Items Number 25 and 26, Debtor's Objection to U.S. Bank National Association, not in its individual capacity but solely as a trustee of NRZ Pass Through Trust XIII Claim Number 26 and Notice of Hearing, filed by the debtor's attorney, Shaina Bethala, Esquire, on April 14, 2022.

Date: May 24, 2022                    Respectfully submitted,


/s/ Shaina P. Bethala
_____
Shaina Priscilla Bethala, Esq.
Attorney ID: 327529
Legal Aid of Southeastern Pennsylvania
419 Avenue of the States, Suite 605
Chester, PA 19013
P. (484) 209-0854
F. (610) 874-4093
E. sbethala@lasp.org