UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 5, 2022

To:
**Shaina Bethala, Esq.**

In re: **Hazel Williamson**
Bankruptcy No. **21-13079**
Adversary No.
Chapter 13

Re **Amended Schedules**

The above document(s) were filed in this office on July 1, 2022**.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    (x)    $32.00 Filing Fee for Amendments
    ( )    $26.00 Claims Transfer Fee
    ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk


By:**Paul  A.  Puskar**
   Deputy Clerk

*Fee Notice*
*(12/23/20)*