UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | BANKRUPTCY NO.  NO. 21-13079AMC |
| vs. | : | |
| | : | |
| Hazel Williamson, | : | |
|     Debtor | : | |
| _____ | : | |

NOTICE OF MOTION TO COVERT AND HEARING DATE

Debtor Hazel Williamson has filed a Motion to Determine Valuation of Secured Debt of Creditor One Main Financial in the above-captioned bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have on**e. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **May 13, 2023**, you, or your attorney must do all of the following:

    (a) file an answer explaining your position at:
    Clerk, U.S. Bankruptcy Court
    Robert C. Nix Bldg. Suite 201
    900 Market Street
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorneys:

    Shaina P. Bethala, Esq.
    Legal Aid of Southeastern Pennsylvania
    419 Avenue of the States, Suite 605
    Chester, PA 19013

3. **A hearing on the Motion** is scheduled to be held on **June 14, 2023 at 11;00A.M.**, in **Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, 2d Floor,**

**Phila., PA 19107-2800**. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

4. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

5. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

6. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408- 2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

7. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice

Date:  April 28, 2023                           Respectfully submitted,

/s/ Shaina P. Bethala
Shaina Priscilla Bethala, Esq.
Attorney ID: 327529
Legal Aid of Southeastern Pennsylvania
419 Avenue of the States, Suite 605
Chester, PA 19013
P. (484) 209-0854
E. sbethala@lasp.org