# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| vs. | : BANKRUPTCY NO. NO. 21-13079AMC |
| | : |
| Hazel Williamson, | : |
|     Debtor | : |

## CERTIFICATE OF NO OBJECTION OR RESPONSE
## TO MOTION TO DETERMINE VALUE OF PROPERTY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Determine Value of Property filed at Doc. 57, and served on all parties, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than May 13, 2023.

    It is hereby respectfully requested that the Order attached to the Movant's Motion to Determine Value of Property be entered by the Court.

Date: May 16, 2023

Respectfully submitted,

/s/ Shaina P. Bethala
Shaina P. Bethala, Esq.
Attorney ID: 327529
Legal Aid of Southeastern Pennsylvania
419 Avenue of the States, Suite 605
Chester, PA 19013
P. (484) 209-0854
E. sbethala@lasp.org