UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: : | CHAPTER 13 |
| : |  |
| vs. : | BANKRUPTCY NO. NO. 21-13079AMC |
| : |  |
| Hazel Williamson, : |  |
| Debtor : |  |

## ORDER

**AND NOW**, this ___14th___ day of ___June___, 2023, upon consideration of the Motion to Determine Valuation of Secured Debt of One Main Financial it is hereby ORDERED and DECREED that the Debtor's Motion is Granted and Creditor, One Main Financial has filed a Proof of Claim for $22,526.18 on or about December 2, 2021, and is allowed as a secured claim in the amount of $13,292.00.

Date: _____          _____
                               Honorable Ashely M. Chan
                               United States Bankruptcy Judge