**L.B.F. 3015-6A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | **CHAPTER 13** |
| **IN RE:** | : | |
| | : | **BANKRUPTCY NO.  NO. 21-13079AMC** |
| **vs.** | : | |
| | : | |
| **Hazel Williamson,** | : | |
| **Debtor** | : | |
| _____ | : | |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the Chapter 13 trustee prior to any subsequent confirmation hearing.

Date:  June 26, 2023                    Respectfully submitted,


 /s/ Shaina P. Bethala
_____
Shaina Priscilla Bethala, Esq.
Attorney ID: 327529
Legal Aid of Southeastern Pennsylvania
419 Avenue of the States, Suite 605
Chester, PA 19013
P. (484) 209-0854
F. (610) 874-4093
E. sbethala@lasp.org