Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-13079-AMC**

Hazel Williamson  
1128 Tilghman St  
Chester  PA    19013

Petition Filed Date: 11/16/2021  
341 Hearing Date: 01/07/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $1,151.83 | | 09/22/2022 | $1,151.83 | | 10/24/2022 | $1,151.83 | |
| 11/28/2022 | $1,151.83 | | 12/27/2022 | $1,151.83 | | 01/23/2023 | $1,151.83 | |
| 02/27/2023 | $1,360.44 | | 03/23/2023 | $1,151.83 | | 04/19/2023 | $1,360.44 | |
| 05/24/2023 | $1,151.83 | | 06/02/2023 | $209.44 | | 06/26/2023 | $1,360.44 | |
| 07/24/2023 | $1,360.00 | | | | | | | |

**Total Receipts for the Period: $14,865.40    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $22,543.33**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Unsecured Creditors | $1,032.36 | $0.00 | $0.00 |
| 0 | SHAINA PRISCILLA BETHALA ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,590.51 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $549.86 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $386.88 | $0.00 | $0.00 |
| 5 | MERRICK BANK<br>»» 005 | Unsecured Creditors | $1,635.94 | $0.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL<br>»» 006 | Secured Creditors | $866.79 | $0.00 | $0.00 |
| 7 | DISCOVER BANK<br>»» 007 | Unsecured Creditors | $3,701.00 | $0.00 | $0.00 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»» 008 | Priority Crediors | $1,393.50 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $2,576.20 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $672.94 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $1,360.59 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 12S | Secured Creditors | $7,337.00 | $0.00 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS)<br>»» 12U | Unsecured Creditors | $10,693.73 | $0.00 | $0.00 |
| 14 | MONTGOMERY WARD<br>»» 013 | Unsecured Creditors | $208.74 | $0.00 | $0.00 |

| 15 | SEVENTH AVENUE<br>»» 014 | Unsecured Creditors | $302.58 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 16 | AMERICAN EXPRESS NATIONAL BANK<br>»» 015 | Unsecured Creditors | $809.93 | $0.00 | $0.00 |
| 17 | MIDLAND CREDIT MANAGEMENT INC<br>»» 016 | Unsecured Creditors | $310.10 | $0.00 | $0.00 |
| 18 | COMPLETE CREDIT SOLUTIONS<br>»» 017 | Unsecured Creditors | $330.11 | $0.00 | $0.00 |
| 19 | VERIZON BY AIS AS AGENT<br>»» 018 | Unsecured Creditors | $930.65 | $0.00 | $0.00 |
| 20 | STORMWATER AUTHORITY CITY OF CHESTER<br>»» 019 | Secured Creditors | $781.06 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 020 | Unsecured Creditors | $810.79 | $0.00 | $0.00 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 021 | Unsecured Creditors | $596.24 | $0.00 | $0.00 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 022 | Unsecured Creditors | $252.96 | $0.00 | $0.00 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 023 | Unsecured Creditors | $1,118.01 | $0.00 | $0.00 |
| 25 | LVNV FUNDING LLC<br>»» 024 | Unsecured Creditors | $353.70 | $0.00 | $0.00 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $314.70 | $0.00 | $0.00 |
| 27 | FAY SERVICING LLC<br>»» 026 | Mortgage Arrears | $61,060.04 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,543.33 | Current Monthly Payment: | $1,420.00 |
| Paid to Claims: | $0.00 | Arrearages: | $60.00 |
| Paid to Trustee: | $1,857.89 | Total Plan Base: | $79,403.33 |
| Funds on Hand: | $20,685.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.