UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

HAZEL WILLIAMSON                              : CHAPTER 13
Debtor                                                          : # 21-13079-amc

### WITHDRAWL OF APPEARANCE

To the Clerk:

Kindly withdraw my appearance on behalf of the Debtor.

November 7, 2023                           LEGAL AID OF SOUTHEASTERN
                                                          PENNSYLVANIA

                                                          /s/ Shaina Bethala
                                                          SHAINA BETHALA, ESQUIRE
                                                          Legal Aid of Southeastern Pennsylvania
                                                          625 Swede Street
                                                          Norristown, PA 19401
                                                          Withdrawing Counsel

### ENTRY OF APPEARANCE

To the Clerk:

Kindly enter my appearance on behalf of the Debtor.

November 7, 2023                           LEGAL AID OF SOUTHEASTERN
                                                          PENNSYLVANIA

                                                          /s/ Joseph Diorio
                                                          JOSEPH DIORIO, ESQUIRE
                                                          PA 52601
                                                          Legal Aid of Southeastern Pennsylvania
                                                          625 Swede Street
                                                          Norristown, PA 19401
                                                          484-416-4290, x 9142
                                                          Counsel to the Debtor