**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Hazel Williamson   :   Chapter 13
   :
   Debtor.   :   Bankruptcy No. 21-13079

**PRAECIPE TO WITHDRAW CLAIM # 19**
**OF STORMWATER AUTHORITY OF CITY OF CHESTER**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim #19 of Stormwater Authority of City of Chester.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:  */s/ James R. Wood, Esquire*
James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9341
Attorney for Stormwater Authority of City of Chester

Dated: March 19, 2024