# INCOME CONTRIBUTION AFFIDAVIT

NAME OF DEBTOR(S):          Hazel Williamson

CHAPTER 13 CASE #

I, _Tammy Williams_ the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is Hazel Williamson.

2. I will contribute financial support in the amount of $850.00 on a monthly basis to the debtor(s).

3. My source of income is my earnings.

4. I will contribute to make such contributions to the Debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

Date: June 25, 2024

_____
Affiant/contributor (signature)

_Tammy Williams_
Affiant/contributor (print name)

Sworn to or affirmed and subscribed to before me by _Tammy Williams_ the Affiant/Contributor identified above, on this 25th day of June, 2024.

_____
Notary Public



BARBARA HANEL REAGEN
My Commission Expires
September 7, 2026