United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13079-amc |
| Hazel Williamson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 23, 2025 | Form ID: 155 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hazel Williamson, 1128 Tilghman St, Chester, PA 19013-2914 |
| 14650291 | + | Stormwater Authority of the City of Chester, 31 East 5th Street, Chester, PA 19013-4401 |
| 14661576 | + | Stormwater Authority of the City of Chester, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14661582 | + | Stormwater Authority of the City of Chester, c/o Portnoff Law Associates, Ltd., P. O. 3020, Norristown, PA 19404-3020 |
| 14661667 | + | Stormwater Authority of the City of Chester, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14665794 | + | U.S. Bank Trust National Association, as trustee, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14650276 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 01:00:22 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14657235 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 00:48:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14653982 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 24 2025 00:42:00 | City of Chester, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14650277 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2025 00:42:00 | Comenity Bank/Express, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 14650278 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2025 00:42:00 | Comenity Bank/NWYRK&CO, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 14650279 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2025 00:42:00 | Comenity Bank/Venus Credit, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 14650280 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2025 00:42:00 | Comenity Capital Bank/SMPL, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 14660284 | | Email/Text: peritus@ebn.phinsolutions.com | Jan 24 2025 00:43:00 | Complete Credit Sol c/o Peritus Portfolio Svcs, P.O. Box 141419, Irving, TX 75014-1419 |
| 14650281 | + | Email/Text: shornbeck@peritusservices.com | Jan 24 2025 00:43:00 | Complete Credit Solution, 2921 Brown TRL #100, Bedford, TX 76021-4174 |
| 14650282 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2025 00:47:46 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14650283 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14653891 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14650284 | | Email/Text: ECF@fayservicing.com | Jan 24 2025 00:42:00 | Fay Servicing, P.O, Box 111209, Nashville, TN |

Case 21-13079-amc   Doc 117   Filed 01/25/25   Entered 01/26/25 00:40:19   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: 155 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 14650285 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2025 00:42:00 | 37222<br>Internal Revenue Services, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14650286 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 24 2025 00:42:00 | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 14651980 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 00:47:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14658558 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 24 2025 00:42:00 | U.S. Bank National Association, not in its individ, Pass-Through Trust XII, c/O Maria Tsagaris ,MCCALLA RAYMER LEIBE, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14658505 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 24 2025 00:42:00 | U.S. Bank National Association, not in its individ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14652935 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 24 2025 00:47:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14660001 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 00:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14656540 | + | Email/Text: bankruptcy@sccompanies.com | Jan 24 2025 00:43:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14650287 | + | Email/Text: cedwards@ncsplus.com | Jan 24 2025 00:42:00 | NTL Credit Systems, 117 E 24th Street, New York, NY 10010-2937 |
| 14650288 | + | Email/PDF: cbp@omf.com | Jan 24 2025 00:48:01 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14653317 | + | Email/PDF: cbp@omf.com | Jan 24 2025 00:48:15 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14650289 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 00:47:42 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14663385 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 01:01:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14650516 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14662336 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 00:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14662337 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 00:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14650293 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:48:16 | SYNCB/OLD NAVY, PO Box 965005, Orlando, FL 32896-5005 |
| 14656541 | + | Email/Text: bankruptcy@sccompanies.com | Jan 24 2025 00:43:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14650290 | + | Email/Text: bankruptcy@sccompanies.com | Jan 24 2025 00:43:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14650292 | + | Email/Text: bankruptcy@sccompanies.com | Jan 24 2025 00:43:00 | Swiss Colony/ Montgomery, 1515 S 21st St, Clinton, IA 52732-6676 |
| 14650497 | ^ | MEBN | Jan 24 2025 00:34:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14663794 | ^ | MEBN | Jan 24 2025 00:34:02 | U.S. Bank National Association, not in its individ, PO Box 814609, Dallas, TX 75381-4609 |
| 14650295 | | Email/Text: vci.bkcy@vwcredit.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: 155 | Total Noticed: 44 |

| | | | Jan 24 2025 00:43:00 | VW Credit, PO BOX 3, Hillsboro, OR 97123 |
|---|---|---|---|---|
| 14650294 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 24 2025 00:41:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14661496 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2025 00:48:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XII bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
on behalf of Creditor Stormwater Authority of the City of Chester jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOSEPH A DIORIO
on behalf of Debtor Hazel Williamson jdiorio@lasp.org

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Hazel Williamson<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21−13079−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 22, 2025

                                                                                                    For The Court

                                                                                                    Ashely M. Chan
                                                                                                    Chief Judge, United States Bankruptcy Court