## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>     HAZEL WILLIAMSON<br>          *Debtor*<br>U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST XI<br>          *Movant*<br>          vs.<br>HAZEL WILLIAMSON,<br>          *Debtor/Respondent*<br>          and<br>SCOTT F. WATERMAN, Esquire,<br>          *Trustee/Respondent* | Bankruptcy No. 21-13079-amc<br>Chapter 13 |

### U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST XI WITHDRAWAL AND SATISFACTION OF PROOF OF CLAIM # 26

NOW COMES Creditor, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST XI, through its attorneys, Hladik, Onorato & Federman, LLP, and hereby provides notice that Proof of Claim #26, filed on January 24, 2022, and amended on March 31, 2023, in the amount of $61,060.04, has been satisfied and paid in full as of April 2, 2026.

Respectfully submitted,

/s/ Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
PA Bar ID # 81747
HLADIK, ONORATO & FEDERMAN, LLC
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
dboyle-ebersole@hoflawgroup.com

Date: July 21, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>    HAZEL WILLIAMSON<br>       *Debtor*<br>U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST XI<br>       *Movant*<br>      vs.<br>HAZEL WILLIAMSON,<br>       *Debtor/Respondent*<br>      and<br>SCOTT F. WATERMAN, Esquire,<br>       *Trustee/Respondent* | Bankruptcy No. 21-13079-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served a copy of the Withdrawal and Notice of Satisfaction of Proof of Claim #26 to the parties at the addresses shown below on 07/21/2026. The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>:

Joseph A. Diorio, Esquire
Via ECF/CM Notification
*Attorney for Debtor*

Scott F. Waterman, Esquire
Via ECF/CM Notification
*Chapter 13 Trustee*

Hazel Williamson
1128 Tilghman St
Chester, PA 19013
Via First Class Mail
*Debtor*

<u>/s/ Danielle Boyle-Ebersole, Esquire</u>
Danielle Boyle-Ebersole, Esquire
PA Bar ID # 81747
HLADIK, ONORATO & FEDERMAN, LLC
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
dboyle-ebersole@hoflawgroup.com

Date: July 21, 2026