Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Hazel Williamson
1128 Tilghman St
Chester, PA 19013

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 21-13079-AMC**

Petition Filed Date: 11/16/2021
341 Hearing Date: 01/07/2022
Confirmation Date: 01/22/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2025 | $1,463.18 | | 09/26/2025 | $1,463.18 | | 10/28/2025 | $1,463.18 | |
| 12/02/2025 | $1,463.18 | | 12/29/2025 | $1,463.18 | | 01/28/2026 | $1,463.18 | |
| 02/23/2026 | $1,463.18 | | 03/30/2026 | $1,463.18 | | 04/29/2026 | $1,463.18 | |

**Total Receipts for the Period: $13,168.62 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $70,297.19**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Unsecured Creditors | $1,032.36 | $0.00 | $1,032.36 |
| 0 | SHAINA PRISCILLA BETHALA ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,590.51 | $0.00 | $1,590.51 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $549.86 | $0.00 | $549.86 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $386.88 | $0.00 | $386.88 |
| 5 | MERRICK BANK<br>»» 005 | Unsecured Creditors | $1,635.94 | $0.00 | $1,635.94 |
| 6 | ONEMAIN FINANCIAL GROUP LLC<br>»» 006 | Secured Creditors | $866.79 | $788.60 | $78.19 |
| 7 | DISCOVER BANK<br>»» 007 | Unsecured Creditors | $3,701.00 | $0.00 | $3,701.00 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»» 008 | Priority Crediors | $1,393.50 | $1,393.50 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $2,576.20 | $0.00 | $2,576.20 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $672.94 | $0.00 | $672.94 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $1,360.59 | $0.00 | $1,360.59 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 12S | Secured Creditors | $7,337.00 | $6,675.34 | $661.66 |

**Chapter 13 Case No. 21-13079-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | UNITED STATES TREASURY (IRS)<br>»» 12U | Unsecured Creditors | $10,693.73 | $0.00 | $10,693.73 |
| 14 | MONTGOMERY WARD<br>»» 013 | Unsecured Creditors | $208.74 | $0.00 | $208.74 |
| 15 | SEVENTH AVENUE<br>»» 014 | Unsecured Creditors | $302.58 | $0.00 | $302.58 |
| 16 | AMERICAN EXPRESS NATIONAL BANK<br>»» 015 | Unsecured Creditors | $809.93 | $0.00 | $809.93 |
| 17 | MIDLAND CREDIT MANAGEMENT INC<br>»» 016 | Unsecured Creditors | $310.10 | $0.00 | $310.10 |
| 18 | COMPLETE CREDIT SOLUTIONS<br>»» 017 | Unsecured Creditors | $330.11 | $0.00 | $330.11 |
| 19 | VERIZON BY AIS AS AGENT<br>»» 018 | Unsecured Creditors | $930.65 | $0.00 | $930.65 |
| 20 | STORMWATER AUTHORITY CITY OF CHESTER<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 020 | Unsecured Creditors | $810.79 | $0.00 | $810.79 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 021 | Unsecured Creditors | $596.24 | $0.00 | $596.24 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 022 | Unsecured Creditors | $252.96 | $0.00 | $252.96 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 023 | Unsecured Creditors | $1,118.01 | $0.00 | $1,118.01 |
| 25 | LVNV FUNDING LLC<br>»» 024 | Unsecured Creditors | $353.70 | $0.00 | $353.70 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $314.70 | $0.00 | $314.70 |
| 27 | FAY SERVICING LLC<br>»» 026 | Secured Creditors | $55,553.44 | $55,553.44 | $0.00 |
| 0 | JOSEPH A DIORIO ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 28 | COMPLETE CREDIT SOLUTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CREDIT ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | NTL CREDIT SYSTEMS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | NTL CREDIT SYSTEMS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | SEVENTH AVENUE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | SWISS COLONY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | VERIZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | VW CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-13079-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $70,297.19 | Current Monthly Payment: | $1,486.79 |
| Paid to Claims: | $64,410.88 | Arrearages: | $4,861.74 |
| Paid to Trustee: | $5,886.31 | Total Plan Base: | $79,619.30 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.