United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-13079-amc

Hazel Williamson Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 01, 2026 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hazel Williamson, 1128 Tilghman St, Chester, PA 19013-2914 |
| cr | + | Stormwater Authority of the City of Chester, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14661582 | + | Stormwater Authority of the City of Chester, c/o Portnoff Law Associates, Ltd., P. O. 3020, Norristown, PA 19404-3020 |
| 14650291 | + | Stormwater Authority of the City of Chester, 31 East 5th Street, Chester, PA 19013-4401 |
| 14661576 | + | Stormwater Authority of the City of Chester, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14661667 | + | Stormwater Authority of the City of Chester, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14665794 | + | U.S. Bank Trust National Association, as trustee, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 02 2026 02:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14650276 | + | Email/PDF: bncnotices@becket-lee.com | Oct 02 2026 02:56:06 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14657235 | | Email/PDF: bncnotices@becket-lee.com | Oct 02 2026 02:56:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14653982 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 02 2026 02:53:00 | City of Chester, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14650277 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 02 2026 02:53:00 | Comenity Bank/Express, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 14650278 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 02 2026 02:53:00 | Comenity Bank/NWYRK&CO, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 14650279 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 02 2026 02:53:00 | Comenity Bank/Venus Credit, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 14650280 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 02 2026 02:53:00 | Comenity Capital Bank/SMPL, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 14660284 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 02 2026 02:54:00 | Complete Credit Sol c/o Peritus Portfolio Svcs, P.O. Box 141419, Irving, TX 75014-1419 |
| 14650281 | + | Email/Text: shornbeck@peritusservices.com | Oct 02 2026 02:54:00 | Complete Credit Solution, 2921 Brown TRL #100, Bedford, TX 76021-4174 |
| 14650282 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 02 2026 02:56:07 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14650283 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 02 2026 02:53:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14653891 | | Email/Text: mrdiscen@discover.com | Oct 02 2026 02:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14650284 | | Email/Text: ECF@fayservicing.com | Oct 02 2026 02:53:00 | Fay Servicing, P.O, Box 111209, Nashville, TN 37222 |
| 14650285 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2026 02:53:00 | Internal Revenue Services, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14650286 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 02 2026 02:53:00 | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 14651980 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2026 03:09:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14658558 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 02 2026 02:53:00 | U.S. Bank National Association, not in its individ, Pass-Through Trust XII, c/O Maria Tsagaris ,MCCALLA RAYMER LEIBE, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14658505 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 02 2026 02:53:00 | U.S. Bank National Association, not in its individ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14652935 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2026 02:55:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14660001 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 02 2026 02:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14656540 | + | Email/Text: bankruptcy@sccompanies.com | Oct 02 2026 02:54:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14650287 | + | Email/Text: naticred@gmail.com | Oct 02 2026 02:53:00 | NTL Credit Systems, 117 E 24th Street, New York, NY 10010-2937 |
| 14650288 | + | Email/PDF: cbp@omf.com | Oct 02 2026 02:56:13 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14653317 | + | Email/PDF: cbp@omf.com | Oct 02 2026 02:56:13 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14650289 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2026 02:56:17 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14663385 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2026 02:56:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14650516 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2026 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14662336 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2026 02:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14662337 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2026 02:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14650293 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2026 02:56:14 | SYNCB/OLD NAVY, PO Box 965005, Orlando, FL 32896-5005 |
| 14656541 | + | Email/Text: bankruptcy@sccompanies.com | Oct 02 2026 02:54:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14650290 | + | Email/Text: bankruptcy@sccompanies.com | Oct 02 2026 02:54:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14650292 | + | Email/Text: bankruptcy@sccompanies.com | Oct 02 2026 02:54:00 | Swiss Colony/ Montgomery, 1515 S 21st St, Clinton, IA 52732-6676 |
| 14650497 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 02 2026 02:56:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14663794 | ^ | MEBN | Oct 02 2026 02:51:05 | U.S. Bank National Association, not in its individ, PO Box 814609, Dallas, TX 75381-4609 |
| 14650295 | | Email/Text: vci.bkcy@vwcredit.com | Oct 02 2026 02:54:00 | VW Credit, PO BOX 3, Hillsboro, OR 97123 |
| 14650294 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 02 2026 02:53:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14661496 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 02 2026 03:08:56 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank National Association, not in its individ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | *+ | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Stormwater Authority of the City of Chester jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOSEPH A DIORIO | on behalf of Debtor Hazel Williamson jdiorio@lasp.org |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XII bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

United States Trustee USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Hazel Williamson

Debtor

Chapter 13

Bankruptcy No. 21-13079-AMC

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 1, 2026**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE