Fill in this information to identify the case:

Debtor 1    Hazel Williamson

Debtor 2   
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN      District of    PENNSYLVANIA
                                                                                                                              (State)

Case number    21-13079-AMC

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XII | Court claim no. (if known) | 26 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX9944 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

### Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | 3/2/2022, | (8) | $ 148.57 |
| 9. | Insurance advances (non-escrow) | 7/19/2022, | (9) | $ 2,216.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Hazel Williamson | | Case number (*if known*) | 21-13079-AMC |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

**Part 2:    Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | /s/Dana  O'Brien | | Date | 07/25/2022 |
|---|---|---|---|---|---|
| | | Signature | | | |

| Print: | Dana | | O'Brien | Title | Authorized Agent |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | McCalla Raymer Leibert Pierce, LLC |
|---|---|
| Address | 1544 Old Alabama Road |
| | Number    Street |
| | Roswell            GA            30076 |
| | City            State            ZIP Code |
| Contact phone | (312) 346-9088 X5188            Email    Dana.OBrien@mccalla.com |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**                )
                          ) **Case No.** 21-13079-AMC
Hazel Williamson          ) **Chapter** 13
                          )
                          ) **JUDGE:** Ashely M. Chan

## EXHIBIT B

ITEMIZATION OF CLAIM

| | | |
|---|---|---:|
| Tax Advances (non-Escrow) | | $148.57 |
| 03/02/2022 | Taxes Advanced | $148.57 |
| Insurance Advances (non-Escrow) | | $2,216.00 |
| 07/19/2022 | Homeowner's Insurance Advanced | $2,216.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: $2,364.57

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 21-13079-AMC |
| | Chapter: 13 |
| Hazel Williamson | Judge: Ashely M. Chan |

CERTIFICATE OF SERVICE

I, Dana O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Hazel Williamson
1128 Tilghman St
Chester, PA 19013

SHAINA PRISCILLA BETHALA        (served via ECF Notification)
Legal Aid of Southeastern PA
419 Avenue Of The States
Suite 605
Chester, PA 19013

SCOTT F. WATERMAN (Chapter 13)  (served via ECF Notification)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee            (served via ECF Notification)
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   07/25/2022        By:   /s/Dana O'Brien
                 (date)                Dana O'Brien
                                       Authorized Agent for U.S. Bank National Association, not in
                                       its individual capacity but solely as trustee of NRZ Pass-
                                       Through Trust XII